[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 19, 2007
THOMAS K. KAHN
CLERK

No. 06-13166
Non-Argument Calendar

_____

D. C. Docket No. 05-60305-CR-WJZ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PAUL GREEN,
a.k.a. Ander P. Clark,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(June 19, 2007)**

Before BLACK, MARCUS and COX, Circuit Judges.

PER CURIAM:

Michael Cohen, appointed counsel for Paul Green, a.k.a. Ander Clark, has

filed a motion to withdraw on appeal supported by a brief prepared pursuant to

Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our

independent review of the entire record reveals that counsel's assessment of the

relative merit of the appeal is correct.   Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Green's conviction and sentence is **AFFIRMED**.